In the Matter of JOSEPH F. FABIO, Appellant. ROMAN SLEED, Respondent.—

No opinion. Present — Nolan, P. J., Carswell, Adel, Wenzel and Schmidt, JJ.

■

In the Matter of the Accounting of DAVID RADOM, as Administrator of the Estate of SARAH RADOM, Deceased, Respondent. LILLIAN BRUDER et al., Appellants.—

Present — Nolan, P. J., Carswell, Johnston, Wenzel and MacCrate, JJ. [See 280 App. Div. 789.]